THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES E. BIRCH, Appellant, v. ISAAC N. MILLS, County Judge of the County of Westchester, Respondent.

*Board of supervisors — power of, to adopt rules — 1875, chap. 482 — the board may reconsider a resolution appointing a person its librarian.*

Among the rules adopted by the board of supervisors of Westchester county was one providing that a motion for reconsideration might be made by any member, but that no such motion should be in order unless made on the same day or on the next day following the decision proposed to be reconsidered, unless by unanimous consent. On January 2, 1874, a resolution was offered in the board appointing one Kinch its librarian. The resolution was amended by inserting the name of the relator for that of Kinch, and, as so amended, it was adopted. On January third a motion to reconsider this resolution was carried; on January fourth the resolution was reconsidered and lost; on January seventh a resolution appointing Kinch librarian was adopted.

*Held,* that the board had power to reconsider and rescind the resolution by which the relator was appointed its librarian, and to thereafter appoint Kinch to that office.

Appeal from an order, made at a Special Term, denying a motion for a writ of *mandamus* commanding the respondent to deliver to the relator a certificate that the latter had faithfully performed the duties of the office of librarian and janitor of the supervisors' room.

The relator acted as librarian and janitor of the supervisors' room for the year 1883, and sent his resignation, to take effect January 1, 1884, to the board of supervisors. On January 2, 1884, a resolution was proposed appointing one Kinch librarian and janitor of the supervisors' room for the year 1884. It was amended by substituting the relator, and, as amended, passed. And on the day following the adoption of that resolution, upon the motion of a member of the board, the resolution was reconsidered, and upon the next day the resolution appointing relator was reconsidered and rescinded. On January seventh, a resolution appointing Harold T. Kinch librarian and janitor for the year 1884 was adopted.

*Wilson Brown, Jr.,* for the appellant.

*Nelson H. Baker,* for the respondent.

Barnard, P. J.:

It is provided by law that boards of supervisors may make rules for the conduct of their proceedings. (Chap. 482, Laws of 1875.) It was a rule of the board, duly adopted, that a motion for reconsideration may be made by any member; but that no such motion should be in order unless made on the same day or on the next day following the decision proposed to be reconsidered, unless by unanimous consent.

On the 2d day of January, 1884, a resolution was offered appointing one Kinch as librarian for the year commencing 1st January, 1884. An amendment was proposed that the relator be appointed instead of Kinch.

The amendment was carried. On the next day a reconsideration was moved and carried. On the 7th of January, 1884, Kinch was appointed. The procedure was in entire accordance with the rules, and any appointment would be subject to them. They are a law to the supervisors and to all persons dealing with them. All contracts implied from a resolution are subject to the right to change it by another resolution passed in accordance with the rules of the board; otherwise a minority might bind immutably a majority temporarily absent by a resolution or other enactment. The order should be affirmed, with costs.

Pratt, J., concurred; Dykman, J., not sitting.

Order refusing writ of *mandamus* affirmed, with costs.